1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    FRANK VALLES,                           No.  1:24-cv-00379-JLT-BAM (PC)

12                    Plaintiff,              ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS TO DISMISS
13           v.                               ACTION FOR FAILURE TO STATE A
                                              CLAIM
14    NEWSOM, *et al.*,
                                              (Doc. 13)
15                    Defendants.

16

17           Frank Valles is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights

18    action pursuant to 42 U.S.C. § 1983.

19           On November 1, 2024, the assigned magistrate judge screened the first amended

20    complaint and issued findings and recommendations that this action be dismissed for failure to

21    state a cognizable claim upon which relief may be granted.  (Doc. 13.)  Plaintiff was directed to

22    file objections within fourteen (14) days.  (*Id.*)  Plaintiff timely filed objections on November 25,

23    2024.  (Doc. 14.)

24           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

25    *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's

26    objections, the Court finds the findings and recommendations to be supported by the record and

27    by proper analysis.  Plaintiff's objections fail to address the essential reasoning articulated in the

28    findings and recommendations, including that: (1) Plaintiff has failed to plausibly allege a

1

connection between contaminated water and any testicular cysts he may have; and (2) Plaintiff has not plead facts sufficient to sustain a deliberate indifference to medical care claim.

Accordingly, the Court **ORDERS**:

1.   The findings and recommendations issued on November 1, 2024, (Doc. 13), are **ADOPTED IN FULL**.

2.   This action is **DISMISSED**, with prejudice, for failure to state a cognizable claim upon which relief may be granted.

3.   The Clerk of the Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **December 22, 2024**

UNITED STATES DISTRICT JUDGE

2